■ In the Matter of PAUL TANTILLO, Also Known as PAUL J. TANTILLO, Deceased. JOSEPHINE T. MIELCARZ, Appellant; ROSEMARY LAGAMMA et al., Respondents.—Appeal by the petitioner from a decree of the Surrogate's Court, Suffolk County (Signorelli, S.), dated September 28, 1988.

Ordered that the decree is affirmed, without costs or disbursements *(see, Matter of Imperato*, 44 Misc 2d 639, *revd* 24 AD2d 598, *revd* 18 NY2d 825, *for reasons stated by Surrogate Hildreth; Matter of Rutherford*, 125 AD2d 312; *Matter of Kronen*, 114 AD2d 1033, *affd* 67 NY2d 587). Mollen, P. J., Thompson, Lawrence and Eiber, JJ., concur.